# Lung, Appellant, *v.* Sutton et al.

*Negligence—Master and servant—Safe place to work—Patent danger.*

In an action by an employee against his employer to recover damages for personal injuries suffered by plaintiff in consequence of stepping into a hole in the floor of a building in which he was working, a nonsuit was properly entered where it appeared that plaintiff had noticed a number of similar holes and had attempted to cover them but had missed the one into which he fell.

Argued Jan. 26, 1917. Appeal, No. 185, Jan. T., 1916, by plaintiff, from judgment of C. P. No. 1, Philadelphia Co., Sept. T., 1912, No. 4370, refusing to take off nonsuit in case of Harry Lung v. Charles M. Sutton and Richard W. Stephenson, trading as Sutton & Stephenson. Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER and WALLING, JJ. Affirmed.

Trespass to recover damages for personal injuries. Before BREGY, P. J.

From the record it appeared that the plaintiff at the time of the accident had been ordered by the defendant firm to put tile upon, and around the base, of a column in a building which was being altered and repaired; that in the floor there were a number of holes and that when the plaintiff went to work he noticed the holes, endeavored to cover them and then went to work. After working three-quarters of an hour he stepped into one

of the holes and was seriously hurt; he explained that he had overlooked this hole because it was in the dark.

At the close of the plaintiff's case the court entered a compulsory nonsuit which it subsequently refused to take off. Plaintiff appealed.

*Error assigned* was in refusing to take off the nonsuit.

*Charles E. Asnis,* with him *David Bortin, Jacob Singer* and *Emanuel Furth,* for appellant.

*A. L. Moise,* with him *W. W. Smithers,* for appellees, were not heard.

PER CURIAM, March 12, 1917:

The appellant, an employee of the appellees, was injured by stepping into a hole in a floor of a building in which he was working. Having noticed a number of holes in this floor, he proceeded, before starting to work, to cover them with boards procured from another floor, but unfortunately missed, as he frankly admitted in his testimony, the one into which he fell. His failure to cover that hole resulted in his injuries, and for this reason the court below could not have avoided the entry of the nonsuit.

Judgment affirmed.